UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF WAUGH,<br><br>   Plaintiff,<br><br>  v.<br><br>MARIN COUNTY JAIL, et al.,<br><br>   Defendants. | Case No. 14-cv-00507-VC<br><br>**ORDER APPOINTING COUNSEL**<br><br>Re: Dkt. No. 29 |

  Because the plaintiff has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Matthew Chivvis and Richard Hung of Morrison & Foerster LLP are hereby appointed as counsel for Mr. Waugh in this matter.

  The scope of this appointment shall be for:

   ☒ all purposes for the duration of the case

   ☐ the limited purpose of representing the litigant in the course of

     ☐ mediation

     ☐ early neutral evaluation

     ☐ settlement conference

     ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
     _____

     ☐ discovery as follows:
     _____
     _____

   ☐ other:
     _____
     _____

  All proceedings in this action are hereby stayed until four weeks from the date of this order. A case management conference is scheduled for August 4, 2015. A joint case management conference statement is due July 28, 2015.

Counsels' contact information is: Matthew Chivvis and Richard Hung, 425 Market Street, 32nd Floor, San Francisco, CA 94105. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

**IT IS SO ORDERED.**

Dated: June 26, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFF WAUGH,

    Plaintiff,

  v.

MARIN COUNTY JAIL, et al.,

    Defendants.

Case No. 14-cv-00507-VC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 26, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeff Waugh ID: 167917
Marin County Jail
13 Peter Behr Drive
San Rafael, CA 94903

Dated: June 26, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA