# UNITED STATES DISTRICT COURT

NORTHERN  District of  CALIFORNIA

| | |
|---|---|
| JEFF WAUGH<br>Plaintiff (s),<br>V.<br>MARIN COUNTY JAIL, et. al.<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 3:14-cv-00507-VC |

Notice is hereby given that, subject to approval by the court, __Defendant Larry Meredith__ substitutes
(Party (s) Name)

__Philip S. Ward__, State Bar No. __51768__ as counsel of record in place
(Name of New Attorney)

place of __Stephen R. Raab__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:     HASSARD BONNINGTON LLP
Address:       275 Battery Street, Suite 1600, San Francisco, CA 94111
Telephone:     (415) 288-9800          Facsimile  (415) 288-9801
E-Mail (Optional):   psw@hassard.com

I consent to the above substitution.

Date:  Authorized 8/17/2015                            /s/ Larry Meredith
                                                    (Signature of Party (s))

I consent to being substituted.

Date:  Authorized 8/17/2015                            /s/ Stephen R. Raab
                                                    (Signature of Former Attorney (s))

I consent to the above substitution.

Date:  8/17/2015                                       /s/ Philip S. Ward
                                                    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:  August 20, 2015                                 _____
                                                                Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**